COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Adriene Sibley v. Port Freeport

Appellate case number:    01-22-00860-CV

Trial court case number:   CI61616

Trial court:                      County Court at Law No. 3 and Probate Court of Brazoria County

   Appellant Adriene Sibley filed a notice of appeal challenging the October 24, 2022 judgment signed by the trial court.  On January 31, 2023, Appellant filed a Motion for Extension of Time to File Brief.  Because briefing deadlines have yet to be set, the motion is **denied** as premature.

   It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
      Acting individually

Date:  February 7, 2023